IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANE DOE H,

Plaintiff,

vs.

HASKELL INDIAN NATIONS UNIVERSITY

and

THE UNITED STATES OF AMERICA,

and                                                              Case No. 2:16-CV-02727

RYAN ZINKE, in his official capacity, as
U.S. SECRETARY OF THE INTERIOR,

and

ELYSE TOWEY, in her individual capacity,
TONIA SALVINI, in her individual capacity,
and VENIDA CHENAULT, in her individual
capacity,

Defendants.

### AMENDED STIPULATION OF DISMISSAL
### WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted in this lawsuit are hereby dismissed with prejudice and that each party shall bear her or its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| BROWN & CURRY, LLC | THOMAS E. BEALL<br>U. S. ATTORNEY, DISTRICT OF KANSAS |
| */s/ Dan Curry* | */s/ D. Brad Bailey* |
| Dan Curry, KS #22750 | D. Brad Bailey, S. Ct. #11345 |
| Sarah Brown, KS #12130 | Assistant United States Attorney |
| 406 W. 34th Street, Suite 81 | Federal Building, Suite 290 |
| Kansas City, MO 64111 | 444 S. E. Quincy |
| (816) 756-5458 | Topeka, KS 66683-3592 |
| (816) 666-9596 (FAX) | (785) 295-2850 |
| sarah@brownandcurry.com | (785) 295-2853 (FAX) |
| dan@brownandcurry.com | brad.bailey@usdoj.gov |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR UNITED STATES* |